FILED

04/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy
ASBESTOS CLAIMS COURT JUDGE
Flathead County Justice Center
920 South Main
Kalispell, MT 59901
(406) 758-5667

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION,<br><br>*Consolidated Cases* | Cause No. AC 17-0694<br>ORDER SETTING STATUS HEARING |

These matters are hereby set for a Status Hearing on May 12, 2020, at 1:30 p.m. It is uncertain at this point in time whether or to what extent isolation or social distancing orders will remain in place in Montana, as well as the various jurisdictions from which all the attorneys travel from. Counsel is encouraged to appear via videoconference.

To appear via videoconference, parties are directed to download the free Polycom Real Presence app. You must enter an email but skip the sign-in step. To connect to Judge Eddy's virtual conference room, dial **161.7.29.142##2152025.** Any questions regarding setting up a video appearance should be directed to Devin Kuntz, Court Administrator, at Devin.Kuntz@mt.gov or (406) 758-5665. If the parties must appear telephonically, they are directed to call **(406) 449-7478 (2025#).** *Video appearances will be preferred to assist the Court and staff in maintaining an accurate record*.

In order to accommodate social distancing within the courtroom, the Court will permit (but not require) only two lead attorneys to personally appear for the Plaintiffs, the State of Montana, International Paper, BNSF and Maryland Casualty. Other interested counsel may only personally appear with prior leave of the Court. The Court will set an agenda by May 6, 2020.

DATED 4/20/2020 AND ELECTRONICALLY SIGNED AS NOTED BELOW.

/s/ Amy Eddy

_____
Asbestos Claims Court Judge